UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-41366 |
| JOHNNY WILLIAM FORD, IV & DECHEN LORRAINE FORD | § | |
| DEBTORS(S), | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**KAUFMAN COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __23rd__ day of __June__, 2020, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

GREGORY WAYNE MITCHELL
THE MITCHELL LAW FIRM, L.P.
1412 MAIN STREET STREET SUITE 500
DALLAS, TX 75202

CAREY D. EBERT
OFFICE OF CH 13 TRUSTEE
P.O. BOX 941166
PLANO, TX 75094

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com

By: _/s/ Lisa Large Cockrell_
Lisa Large Cockrell
SBN: 24036379 TX