TXEB Local Form 3015-c (effective 11-1-12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

IN RE: §
§
**JOHNNY W FORD**, and § Case No. 20-41366-R
§
**DECHEN LORRAINE FORD** §
§
§ Chapter 13
Debtor(s)

## MODIFIED DECLARATION OF DEBTORS UNDER PENALTY OF PERJURY REGARDING STATUS OF POST-PETITION OBLIGATIONS AS OF CHAPTER 13 PLAN CONFIRMATION HEARING

I/We, as the Debtor(s) in the above-referenced case, declare under penalty of perjury that as of the date of this declaration:

(1) I /We ☒ have ☐ have not: proposed a plan under which certain claims shall be paid directly by me/us rather than through the Chapter 13 trustee. I/we acknowledge that this includes any claim secured only by a security interest in real property that is my/our principal residence and any other secured claim that I/we have proposed to pay directly (a "direct payment obligation" or "DPO").

(2) Each DPO arising under my/our proposed plan are as follows:

| Recipient of DPO Payment: | Collateral: | Due Date of Monthly Payment |
|---|---|---|
| Pennymac | 123 Haymeadow Drive, Crandall TX | 1st |
| Exeter Finance | 2014 Dodge Dart | 22nd |
| DATCU / DATCU | Ram Truck Lease / Jeep Lease | 19th / 1st |

(3) I/we have paid every DPO that has become due and payable from the date of the filing of my/our bankruptcy case to the date of this declaration;

(4) ☐ I/we have paid every "domestic support obligation" ("DSO"), as defined in 11 U.S.C. §101(14A), that has become due and payable from the date of the filing of my/our bankruptcy case to the date of this declaration — to [name recipient] :_____
OR
☒ I/we owe no domestic support obligation;

(5) I/we acknowledge that any false statement made herein may result in the imposition of sanctions including, but not limited to, the dismissal of this case with prejudice to my/our rights to re-file for bankruptcy relief for a stated period of time.

Date: 9/17/2020   Signature: _____
                                  Debtor

Date: 9/17/2020   Signature: _____
                                  Joint Debtor, if any